BAKER, Judge
(dissenting):
I adhere to my dissent in United States v. Girouard, 70 M.J. at 12 (C.A.A.F.2011) (Baker, J., dissenting). First, for the reasons stated in my dissents in Girouard and in United States v. Jones, 68 M.J. 465, 473 (C.A.A.F.2010) (Baker, J., dissenting), negligent homicide was an LIO of involuntary manslaughter at the time of Appellee’s trial and, in my view, it remains so. Second, although I agree that one may not be convicted of an offense for which one has not been charged and that the retroactive application of the Jones decision results in such convictions, in light of Rule for Courts-Martial 201(b)(3), it remains unclear why the majority tests for prejudice if the court-martial in question would have been without jurisdiction over the offense.